BUCHALTER NEMER
A Professional Corporation
MARK M. SCOTT (SBN: 138569)
18400 Von Karman Avenue, Suite 800
Irvine, California  92612-0514
Telephone: (949) 760-1121
Facsimile: (949) 720-0182
E-Mail: MScott@buchalter.com

Attorneys for Plaintiff
The CIT Group/Sales Financing, Inc.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE CIT GROUP/SALES FINANCING, INC., a Delaware corporation,<br><br>            Plaintiff,<br><br>     vs.<br><br>THE VESSEL "TREMBLAY'S TREASURE," in rem; and PAUL L. TREMBLAY, an individual also known as Paul Leo Tremblay, Sr., in personam,<br><br>            Defendants. | Case No. 2:06-cv-00800-LKK-DAD<br><br>**ORDER OF ISSUANCE OF PROCESS OF MARITIME ARREST OF THE "TREMBLAY'S TREASURE"**<br><br>**DATE:**     June 26, 2006<br>**TIME:**     10:10 a.m.<br>**DEPT:**     4 |

   Upon reading the verified Complaint and Affidavit for Issuance of Process of Maritime Arrest filed herein, and good cause appearing therefor, it is this 20th day of June, 2006 by the United States District Court for the Eastern District of California:

   **ORDERED** that the Clerk issue the Process of Maritime Arrest of the vessel "Tremblay's Treasure," her engines, tackle, boilers, etc. as more fully described in the verified Complaint herein and against any and all persons having or claiming to have

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
IRVINE

BN 826492v1                                   1

**ORDER OF ISSUANCE OF PROCESS OF MARITIME ARREST
OF THE "TREMBLAY'S TREASURE"**

1  any and all interest therein, that they be cited to appear and
2  answer under oath all and singular the matters as set forth in
3  the Complaint filed herewith, all as previously set forth in the
4  Complaint, and it is further

5     **ORDERED**, that any person claiming an interest in the
6  property arrested pursuant thereto may, upon a showing of any
7  improper practice or a manifest warrant of equity on the part of
8  the Plaintiff, be entitled to an order requiring the Plaintiff to
9  show cause forthwith why the arrest should not be vacated or
10 other relief granted; and it is further

11    **ORDERED** that a copy of this Order be attached to and served
12 with the said Process of maritime arrest.

15 DATED:  June 20, 2006
        _____
         UNITED STATES DISTRICT JUDGE

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
IRVINE

BN 826492v1                        2

**ORDER OF ISSUANCE OF PROCESS OF MARITIME ARREST
OF THE "TREMBLAY'S TREASURE"**